IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BEVERLY DENISE BURKES                                            PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:23-CV-10-FKB

KILOLO KIJAKAZI,                                          DEFENDANT
COMMISSIONER OF SOCIAL
SECURITY

## FINAL JUDGMENT

For the reasons explained in the opinion and order entered this day, the decision of the Commissioner is affirmed, and this matter is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 20th day of February, 2024.

                                                        /s/ F. Keith Ball
                                                        UNITED STATES MAGISTRATE JUDGE